# Pagano Funeral Home, Inc.

3711 FOULK RD.
GARNET VALLEY, PA 19060
610-485-6200
302-792-8485
FAX-610-485-6523

PETER B. PAGANO JR.
SUPERVISOR

FILED
MAR 14 2022

March 7, 2022

Clerk of the US Bankruptcy Court

Re: Theresa M. Conway Case No: 16-16353-elf

To Whom It May Concern:

I, Peter Pagano, owner of the Pagano Funeral Home, am writing in regard to the debtor, Theresa M. Conway, as she continues to have an outstanding balance here at the Pagano Funeral Home in the amount of $3,127.32. I object to the Debtors' Order of Discharge. Please allow this to serve as written notice as the above balance has not been paid.

Thank you for your time in this matter and a return receipt is requested.

Regards,

*Peter B. Pagano*

Peter B Pagano
President/Owner Pagano Funeral Home

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Theresa M. Conway
    Debtor(s)

Case No: 16-16353-elf

Chapter: 13

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/28/22

123 – 114
Form 138OBJ

004588
    16009004592013

# Pagano Funeral Home, Inc.

PETER B. PAGANO JR.
SUPERVISOR

3711 FOULK RD.
GARNET VALLEY, PA. 19060
610-485-6200
302-792-8485
FAX-610-485-6523

Licensed in
PA. & DE.

## STATEMENT

March 7, 2022

Mrs. Theresa M Conway
610 Taylor Ave
Linwood, PA 19061

RE: Edward Keith Spering
Date of Death: February 24, 2014

| Received From | Form of Payment | Check # | Date Paid | Amount of Payment |
|---|---|---|---|---|
| Theresa Spering | Check | 501726 | Feb 26, 2014 | 5,000.00 |
| Theresa Spering | Check | 501735 | Mar 5, 2014 | 1,151.43 |
| Theresa M Spering | Check | 877 | Mar 6, 2016 | 300.00 |
| Theresa M Spering | Check | 881 | Apr 1, 2016 | 200.00 |
| Theresa M Spering | Check | 883 | May 4, 2016 | 200.00 |
| Theresa M Conway | Check | 892 | Jun 23, 2016 | 200.00 |
| Theresa M. Conway | Check | 897 | Jul 25, 2016 | 200.00 |

Total of Payments: $7,251.43
Total Cost of Funeral: $10,378.75
Balance: $3,127.32

Thank you for your trust in us.

# Pagano Funeral Home, Inc.

PETER B. PAGANO JR.
SUPERVISOR

3711 FOULK RD.
GARNET VALLEY, PA. 19060
610-485-6200
302-792-8485
FAX-610-485-6523

Licensed in
PA. & DE.

March 7, 2022

Mrs. Theresa M Conway
610 Taylor Ave
Linwood, PA 19061

Statement of Funeral Expenses for: Edward Keith Spering
Date of Death: February 24, 2014

| | | |
|---|---:|---:|
| **FACILITIES AND PROFESSIONAL SERVICES:** | | |
| Services of Director and Staff | $ 2,250.00 | |
| Embalming | $ 850.00 | |
| Dressing / Casketing / Cosmetology | $ 375.00 | |
| Use of Facilities / Staff for Viewing | $ 975.00 | |
| Sub Total: | | $ 4,450.00 |
| **MERCHANDISE:** | | |
| Casket: Gemini | $ 1,850.00 | |
| Outer Container: Grave Liner | $ 940.00 | |
| Catholic Memorial Package | $ 300.00 | |
| Sub Total: | | $ 3,090.00 |
| **AUTOMOTIVE EQUIPMENT:** | | |
| Transfer of Remains | $ 375.00 | |
| Hearse | $ 375.00 | |
| Flower Car | $ 175.00 | |
| Limousine: 1.00 @ $ 375.00 each | $ 375.00 | |
| Sub Total: | | $ 1,300.00 |
| **OPTIONAL SERVICES:** | | |
| Vault Overtime Charge | $ 200.00 | |
| Sub Total: | | $ 200.00 |
| **TOTAL FUNERAL HOME CHARGES:** | | $ 9,040.00 |
| **CASH ADVANCES:** | | |
| 10 Certified Death Certificates at $ 6.00 each | $ 60.00 | |
| Altar Servers | $ 40.00 | |
| Soloist | $ 100.00 | |
| Organist | $ 100.00 | |
| Inquirer | $ 600.00 | |
| Mass Offering | $ 250.00 | |
| Court Fees (Civil Judgement) | $ 188.75 | |
| Sub Total: | | $ 1,338.75 |
| Total Funeral Expense: | | $ 10,378.75 |
| Total Payments Made: | | $ 7,251.43 |
| Balance: | | $ 3,127.32 |

Thank you for your trust in us.