*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Theresa M. Conway
    Debtor(s)

Case No: 16–16353–elf

Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion Objecting to Discharge under Section 1328(f) Filed by Pagano Funeral Home, Inc. Represented by Self(Counsel)

on: 4/5/22

at: 01:00 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 3/17/22

Timothy B. McGrath
Clerk of Court